UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH I. SMITH | CIVIL ACTION |
| VERSUS | NO. 14-541 |
| BOBBY JINDAL, ET AL. | SECTION: "S"(3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's "Motion for Certification of the Class," Rec. Doc. 5, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 22 day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE